**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jeremiah BROWER, Petitioner**

**No. 458 WAL 2016**

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**